In the Matter of the Last Will and Testament of

Daniel R. Lyddy. — Decree affirmed, with costs. Opinion by Van Brunt, P. J.